IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAN MI LEE et al.,<br>      Plaintiffs<br><br>v.<br><br>SEOHEE AHN et al.,<br>      Defendants | :<br>:<br>:<br>:   CIVIL ACTION NO. 15-5522<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 13th day of July 2016, upon consideration of Plaintiff's Motion for Default Judgment [Doc. No. 8] and Defendants' Motions to Set Aside Default, to Dismiss for Lack of Personal Jurisdiction and under the Doctrine of Res Judicata/Collateral Estoppel, and to Dismiss/Transfer for Forum Non Conveniens [Doc. No. 13; Doc. No. 30], it is hereby **ORDERED** that Plaintiffs' Motion is **DENIED** and Defendants' Motions are **GRANTED** as follows: Defendant's Motions to Set Aside Default and to Dismiss for Lack of Personal Jurisdiction are **GRANTED** and the entry of default is **SET ASIDE**. Defendant's remaining Motions are **DISMISSED** as moot. The case is **DISMISSED** for lack of personal jurisdiction and the Clerk is directed to **CLOSE** this case.

      It is so **ORDERED.**

                                            BY THE COURT:

                                            /s/ Cynthia M. Rufe

                                            _____
                                            **CYNTHIA M. RUFE, J.**